Thx

Friday, August 24, 2018

**Giancarlo Delio**

Morning Steve I have spoken to Lisa this morning and made sure she knows I am in full support of AccuHealth. I am doing whatever I can to get our patient numbers up and have always like this idea. I have explained to Lisa I will do whatever is required of me to help the process as long as I am kept in the loop so as a team we make smart choices.

> If you need help with any of the marketing of the site etc or things so you are not doing it alone I am here to help just let me know what you need.

**Stephen**

Thanks

> What we need is permission to use powered by iugo on everything

**Lisa Crossley**

Permission granted!

> What Reliq needs is for Steve's name not to be publicly associated with AccuHealth, just the blind trust or David or another employee of AH.

**Giancarlo Delio**

Perfect

> and the website no problem we need to communicate with the staff correctly
>
> Any marketing etc stuff we need for AccuHealth run it by me and I will make the request for logos etc
>
> So that way it isnt coming directly from Steve is my thought
>
> Claudio works with Steve as they are now to get whatever sales needs etc AccuHealth needs but the direction comes from Claudio so it feels separate but again if you guys have other thoughts or it doesnt matter
>
> Tell me and I will support whatever process we need or that makes sense
>
> It we are going to treat AccuHealth internally like a regular client
>
> etc
>
> I think we just need to know so we all agree on and it is communicated correctly

**Lisa Crossley**

The staff need to stop thinking about AccuHealth altogether and focus on their own jobs. AccuHealth is a client like any other and we support them like we do Paz. The staff need to know that Steve started AH to

EXHIBIT H