

# Release Notes - iUGO Care v2.0

| Release Goals | Codebase Unification, Monitoring Parameters Update, Mobile Nativescript App Support |
|---|---|
| Release Type | Major Release |



## NEW FEATURES

- Regionalized versions of iUGO have been unified into a single codebase
- Refactoring of foundational features to improve overall stability and scalability
- Improved monitoring parameters design and workflow
- Improved monitoring device registration flows
- Improved multi-factor authentication support
- Improved date/time selector
- Billing view .csv export now includes Medicaid ID
- Framework for future iUGO mobile applications for iOS and Android
- Ability to add new Staff accounts
- Ability to disable/enable Staff accounts

## CHANGES TO EXISTING FEATURES

- Addressed many iUGO Version 1.0 bugs and aligned the web interface design between regional offerings
- Time of day options for blood glucose are now aligned with Device options (fasting, non-fasting, random)
- Date format standard changed to YYYY-MM-DD
- Non-functional _Need Help link_ removed from password recovery screen
- Seconds removed from Viewed time information in _Recently Viewed Patients_
- Spouse added as an option for Emergency Contact Type
- My Profile section renamed to Account
- Care Plan Cycles - Download Form button removed from the view (no longer used)



- Dashboard - Outstanding filter renamed to Missed Observation
- Dashboard - Filter drop-down selector renamed from Reading Status to Observation Status
- Dashboard - Last Reading column renamed to Last Activity
- Patient Overview - Data renamed to Observations

## KNOWN ISSUES

- Dashboard - Calendar date selector opens upward and partially hidden in certain window positions
- Dashboard - In *All Updates* view, search by patient name does not function correctly
- Dashboard - If parameters contain an Anytime range, missed observation records will not be able to match correctly
- Dashboard - *Missed Observations* are not able to be acknowledged in order to be cleared from the view
- Dashboard - No Flag pie chart does not display accurately
- Dashboard - Sorting by patient column only sorts patients currently visible in the view
- Devices - Multiple monitoring devices cannot be connected to the same patient
- Devices - Cancelling the device connection process from the Validic Marketplace may not return to the user to the same patient in iUGO when redirected back
- Login - Cannot use password reset with emails that contain a "+" symbol
- Login - The Reset Password page does not redirect the user back to the Login screen after completion
- Monitoring Parameters - After cancelling changes made to monitoring parameters, the 'Save' and 'Cancel' buttons are missing
- Monitoring Parameters - Monitoring parameter time setting for expected readings must be at least 60 mins apart
- Monitoring Parameters - Parameter fields do not prevent the entry of some invalid content
- Notes - User can add a follow-up reading in a Note that is earlier than the reading associated with the Note
- Notes - A note saved without a follow-up reading is labelled a Blood Glucose note
- Observations - Date filter in Observations not functioning correctly until refreshed
- Observations - Blood Glucose unit not displayed correctly in graphs after refreshing
- Patients - Home phone number for patients is mandatory when it should not be
- Patients - Patient overview information does not have correct label for Emergency Contact phone and cell numbers
- Billing - Billing date filters can be set with an initial date greater than the end date
- Billing - Billing date filters are not wide enough
- Billing - Export List button creates a .csv even when no data to export
- Billing - Readings are not sorted by received date
- Billing - Medicaid ID on .csv export always uses the current Medicaid ID of the patient even if it was different at the time reading was received





- Care Plans - Changes to active monitoring parameters apply to current and pending Care Plans
- Care Plans - Renew Care Plan button not appearing on expired Care Plans
- Care Plans - When a Care Plan is near expiration but has already been renewed, the Renew Care Plan button may still display in the patient overview
- Care Plans - Some information is not displayed correctly in the Renew Care Plan window
- Care Plans - Number of days remaining in Care Plan not correct in all areas
- Care Plans - Care Plan parameters view within the patient account view opens to Blood Glucose panel even if only Hypertension is selected for the patient
- Care Plans - Cannot renew Blood Glucose from Care Plans Cycles view without entering Blood Pressure parameters
- Dashboard - Count for Billable view is incorrect
- External Contact Provider - External contacts Care Team information does not show associated organization
- External Contact Provider - External contacts Role information is not displayed
- External Contact Provider - Print Note buttons do not display correctly in Patient Notes area
- External Contact Provider - Program displays as N/A in My patients view
- Notes - Printed notes have the word "Sioux" in the title
- Notes - Printed notes are titled "General Call" instead of "General Note"
- Notes - Notes with Pulse value of n/a cannot be printed
- Notes - Notes printed from the Patient Notes area will not include reading information (must be printed from patient timeline)
- Notes - New Adherence Notes options remain disabled until printing issue for Adherence Notes is addressed
- Patients - Patient status does not automatically get set to 'Active' status when they are enrolled in a Care Plan. Status needs to be manually changed to 'Active' after being enrolled
- Patients - Compliance score calculation does not function

