TMHP.com My Account

Logged in as: **PAZHOHL** | Log Off

Print Options ::

**TMHP :: View Payment Amounts**

**Search Criteria**

| NPI/API | 1124168851 |
|---|---|
| Taxonomy | 251E00000X |
| Address | 1300 N 10TH ST STE 210 |
| Zip+4 | 78501-4392 |
| Benefit Code | |
| From Payment Date | 1/1/2018 |
| Through Payment Date | 6/8/2018 |

New Search

**Search Results**

| MICR | Payment Date | Payee Name | Payment Amount | Hold Amount | Program | Status |
|---|---|---|---|---|---|---|
| EFT | 6/8/2018 | PAZ HOME HEALTH LLC | $3,026.75 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 6/1/2018 | PAZ HOME HEALTH LLC | $8,625.45 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 5/25/2018 | PAZ HOME HEALTH LLC | $7,619.45 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 5/18/2018 | PAZ HOME HEALTH LLC | $7,244.20 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 5/11/2018 | PAZ HOME HEALTH LLC | $9,748.45 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 5/4/2018 | PAZ HOME HEALTH LLC | $9,874.05 | $0.00 | 200 | Successful EFT |
| EFT | 4/27/2018 | PAZ HOME HEALTH LLC | $10,267.00 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 4/20/2018 | PAZ HOME HEALTH LLC | $10,330.40 | $0.00 | 200 | Successful EFT |
| EFT | 4/13/2018 | PAZ HOME HEALTH LLC | $10,413.75 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 4/6/2018 | PAZ HOME HEALTH LLC | $9,157.05 | $0.00 | 200 | Successful EFT |
| EFT | 3/30/2018 | PAZ HOME HEALTH LLC | $9,436.60 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 3/23/2018 | PAZ HOME HEALTH LLC | $9,542.10 | $0.00 | 200 | Successful EFT |
| EFT | 3/16/2018 | PAZ HOME HEALTH LLC | $8,794.00 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 3/9/2018 | PAZ HOME HEALTH LLC | $9,223.90 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 3/2/2018 | PAZ HOME HEALTH LLC | $8,186.45 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 2/23/2018 | PAZ HOME HEALTH LLC | $8,821.50 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 2/16/2018 | PAZ HOME HEALTH LLC | $7,514.65 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 2/9/2018 | PAZ HOME HEALTH LLC | $7,317.05 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 2/2/2018 | PAZ HOME HEALTH LLC | $7,132.35 | $0.00 | 200 | Successful EFT |
| EFT | 1/26/2018 | PAZ HOME HEALTH LLC | $7,218.60 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 1/19/2018 | PAZ HOME HEALTH LLC | $6,685.45 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 1/12/2018 | PAZ HOME HEALTH LLC | $5,707.80 | $0.00 | 100 & 200 | Successful EFT |
| EFT | 1/5/2018 | PAZ HOME HEALTH LLC | $6,731.15 | $0.00 | 200 | Successful EFT |

NOTE: If MICR is 'EFT', payment was issued via Electronic Funds Transfer

EXHIBIT X

Scanned with CamScanner