| TELEMONITORING | TOTAL PATIENTS: 211 | | |
|---|---|---|---|
| DOCTOR | PATIENTS | | |
| DR. ANZALDUA | 11 | | |
| DR. BENAVIDES | 18 | | |
| DR. CAVAZOS | 15 | | PENDING SIGNATURES |
| DR. COOPER | 57 | | 28 WAITING FOR AUTH |
| DR. DELGADO | 24 | | PENDING SIGNATURES |
| DR. GARCIA | 10 | | |
| DR. GARRIGOS | 30 | | PENDING SIGNATURES |
| DR. GEORGE | 13 | 3 ACO | PENDING SIGNATURES |
| DR. JAGADEESAN | 8 | 1 ACO | |
| DR. LOPEZ | 2 (ACO) | | |
| DR. SAENZ | 9 | | PENDING SIGNATURES |
| DR. SANCHEZ | 14 | | |

EXHIBIT Y

Scanned with CamScanner