# INVOICE



**Date: 04/06/2018**
**Invoice #: INV-0371**

**Validic, Inc.**
701 West Main St, #620
Durham, NC 27701
(800) 495-7934
accounting@validic.com
https://validic.com/

BILL TO
**Reliq Health Technologies, Inc.**
1128 - 789 West Pender Street
Vancouver, British Columbia
V6C 1H2

| PAYMENT TERMS | DUE DATE | SALES REP | REFERENCE |
| --- | --- | --- | --- |
| Net 30 | 05/06/2018 | | |

| ITEM DESCRIPTION | QTY | RATE | LINE TOTAL |
| --- | --- | --- | --- |
| First Step License (up to 2,000 Connected Users) | 1 | $15,000.00 | $15,000.00 |
| | | **SUBTOTAL** | **$15,000.00** |
| | | **TOTAL** | **$15,000.00** |

**Payment by Wire or ACH:**
Bank Name:
Bank Address:
Account
ABA/Routing
Swift BIC Code:

**Payment by Check:**
Make check payable to:
Validic, Inc.
701 West Main Street
Suite 620
Durham, NC 27701

**Please Reference Invoice Number on Remittance**

**Thank you for your business!**

EXHIBIT AA