

# SERVICE INVOICE

## Paz Home Health, LLC

1330 N. 10th St, Ste. 210
McAllen, TX 78501

Phone: 956-781-8445
Fax: 956-781-8448
pazpt09@gmail.com

| | |
|---|---|
| Invoice No.: | 1 |
| Invoice Date: | 5/11/2018 |
| Date Due: | 5/15/2018 |

**Bill To:** Reliq Health Technologies, Inc
**Address:** 406A- 175 Longwood Rd S
Hamilton, ON L8P QA1
**Phone:** 1-888-405-9549
**Fax:** #N/A
**Email:** gdelio@reliqhealth.com
**Contact:** Giancarlo De Lio

**Invoice For:** Business Deveploment, Clinical Input

| DATE | DESCRIPTION | RATE PER HOUR | HOURS | FLAT FEE | DISCOUNT | TOTAL |
|---|---|---|---|---|---|---|
| 2016 | Business Deveploment, Clinical Input | $0.00 | 0 | $280,000.00 | | $280,000.00 |
| 2017 | Business Deveploment, Clinical Input | $0.00 | 0 | $280,000.00 | | $280,000.00 |
| 2018 | Business Deveploment, Clinical Input | $0.00 | 0 | $280,000.00 | | $280,000.00 |

| | |
|---|---|
| Invoice Subtotal | $840,000.00 |

Make all checks payable to Paz Home Health, LLC.

| | |
|---|---|
| **Total** | **$840,000.00** |

EXHIBIT GG