

Reliq Health Technologies Inc.
#1128 – 789 West Pender Street
Vancouver, B.C., V6C 1H2
Phone:  778-707-6673
Fax:   604-608-3906

## NEWS RELEASE

## Reliq Health Technologies Announces Go-Live with Paz Home Health, USA - >$6MMUSD in Annual Recurring Revenue at Full Deployment

**VANCOUVER, BC, August 1, 2017** / - Reliq Health Technologies Inc. (TSXV:RHT or OTCQB:RQHTF) ("**Reliq**" or the "**Company**"), a technology company that develops innovative mobile health (mHealth) and telemedicine solutions for the Community-Based Healthcare market, is pleased to announce the go-live of its remote patient monitoring and telemedicine solution with Paz Home Health LLC in Texas.  The Company has begun enrolling the first of Paz's >10,000 patients.  The Company expects to add >500 Paz Home Health patients to the platform each month going forward, generating over $6 Million in recurring annual revenue at full deployment.

"We are excited to be implementing our virtual care platform in Texas with Paz Home Health," said Dr. Lisa Crossley, CEO of Reliq Health Technologies, Inc.  "Reliq's remote patient monitoring system quickly and easily collects sophisticated health data from patients in their own homes. Our virtual care platform was designed to reduce readmissions and improve health outcomes.  Reliq's technology allows Paz Home Health's patients to receive high quality care from the comfort of their own homes, reducing the cost of care delivery and increasing patient and family satisfaction."

"Our mission at Paz Home Health is to provide peace of mind for patients and their loved ones," said Dayana Bermea, CEO.  "We are excited to be working with Reliq Health to support our care providers in their day-to-day workflow, freeing up more time for patient care.  Reliq Health's cloud-based portal will allow our clients' family members to access real-time information about their loved one's health status, care team and home visit schedule.  Patients and their families can feel secure knowing that the Reliq Health system will continuously monitor the patient at home and summon emergency services if needed.  At Paz Home Health we are always striving to provide our clients with best in class home healthcare."

Paz Home Health LLC is a home care agency headquartered in Pharr, Texas that provides care to over 10,000 patients across 16 counties in southern Texas.  Paz Home Health delivers in-home care from Registered and Licensed Vocational Nurses, Physical and Occupational Therapists, Medical Social Workers and Dieticians.  The company also offers telemonitoring services to connect patients with their care team from the comfort of their own homes.  Paz Home Health's caring and qualified healthcare providers are committed to supporting patients and families who are coping with chronic conditions like Congestive Heart Failure (CHF), Chronic Obstructive Pulmonary Disease (COPD) and Diabetes, recovering at home from surgery or injuries, and seniors who are aging in place.



EXHIBIT C



ON BEHALF OF THE BOARD

"Dr. Lisa Crossley"

CEO and Director

For further information contact:

**Renmark Financial Communications Inc.**
Laura Welsh: lwelsh@renmarkfinancial.com
Tel: (416) 644-2020 or (514) 939-3989
www.renmarkfinancial.com

or CORE Capital Partners at 604-566-9233 or investors@ccpartnersinc.com

Neither the TSX Venture Exchange nor its Regulation Services Provider (as that term is defined in the policies of the TSX Venture Exchange) accepts responsibility for the adequacy or accuracy of this release.

**Cautionary Statements Regarding Forward Looking Information**
Certain statements in this press release constitute forward-looking statements, within the meaning of applicable securities laws. All statements that are not historical facts, including without limitation, statements regarding future estimates, plans, programs, forecasts, projections, objectives, assumptions, expectations or beliefs of future performance, are "forward-looking statements".

We caution you that such "forward-looking statements" involve known and unknown risks and uncertainties that could cause actual and future events to differ materially from those anticipated in such statements.

Forward-looking statements include, but are not limited to, statements with respect to commercial operations, including technology development, anticipated revenues, projected size of market, and other information that is based on forecasts of future results, estimates of amounts not yet determinable and assumptions of management.

Reliq Health Technologies Inc. (the "**Company**") does not intend, and does not assume any obligation, to update these forward-looking statements except as required by law. These forward-looking statements involve risks and uncertainties relating to, among other things, technology development and marketing activities, the Company's historical experience with technology development, uninsured risks. Actual results may differ materially from those expressed or implied by such forward-looking statements.

SOURCE: Reliq Health Technologies Inc.