UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIQ HEALTH TECHNOLOGIES, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:19-cv-00040 |
| SHELBY NEAL and ACCUHEALTH | § | |
| TECHNOLOGIES, LLC | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE PLEADING PURSUANT TO COURT'S PROCEDURAL RULES 3(C)(1) & 7(J)(1)**

On this day, the Court considered Reliq Health Technologies, Inc.'s ("Reliq") Motion for Leave to File Pleading Pursuant to Court's Procedural Rules 3(C)(1) & 7(J)(1).  After considering the motion, the Court was of the opinion that the motion should be granted.  It is therefore

ORDERED that Plaintiff's Motion for Leave is GRANTED.  In filing its responses to Defendants' Motions to Dismiss (Doc. Nos. 9 and 10), Reliq may file a responsive pleading that exceeds 50 pages.

Signed on this _____ day of March 2019.

_____
HON. ANDREW S. HANEN
U.S. DISTRICT JUDGE