UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIQ HEALTH TECHNOLOGIES, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:19-cv-00040 |
| SHELBY NEAL and ACCUHEALTH | § | |
| TECHNOLOGIES, LLC | § | |
| Defendants. | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Plaintiff Reliq Health Technologies, Inc. ("Reliq" or "Plaintiff"), Defendants AccuHealth Technologies, Inc., Stephen Samson, and Boby Deveros (collectively, the "AccuHealth Defendants"), and Defendant Shelby Neal ("Neal") (Reliq, the AccuHealth Defendants, and Neal are collectively referred to herein as the "Parties"), and file this Joint Motion to Dismiss with Prejudice. In support thereof, the Parties would show the Court the following:

1.      Reliq filed the above-captioned lawsuit on January 4, 2019 against AccuHealth and Neal.  On February 8, 2019, Reliq amended the lawsuit to add claims against Stephen Samson and Boby Deveros.  On March 28, 2019, the AccuHealth Defendants filed counterclaims against Reliq.

2.      The Parties participated in a mediated settlement conference on April 26, 2019 in Toronto, Canada.  At the mediated settlement conference, Reliq and the AccuHealth Defendants entered into a binding and enforceable settlement contract.  Reliq and Neal entered into a settlement, subject to agreement on certain conditions.

3.      The Parties now have approved and signed all documents implementing Reliq's settlements with the AccuHealth Defendants and with Defendant Neal. Accordingly, all lawsuit claims now should be dismissed.

4. The Parties hereby request that the Court dismiss with prejudice all claims, counterclaims and causes of action of any kind or character filed by any party in this lawsuit; and that all Parties bear their respective court costs and attorneys' fees.

## PRAYER

WHEREFORE, Reliq Health Technologies, Inc., AccuHealth Technologies, LLC, Stephen Samson, Boby Deveros, and Shelby Neal request that the Court grant this Motion to Dismiss with Prejudice, and dismiss with prejudice all claims, counterclaims and causes of action of any kind or character the Parties have brought against one another.

Respectfully submitted,

*/s/ Paul D. Clote*
PAUL D. CLOTE
State Bar No. 04407300
MARCUS V. EASON
State Bar No. 24092374
MCGINNIS LOCHRIDGE LLP
711 Louisiana, Suite 1600
Houston, Texas 77002
(713) 615-8500
(713) 615-8585 FAX
pclote@mcginnislaw.com
meason@mcginnislaw.com

MITCHELL C. CHANEY
Federal Bar No. 1918
State Bar No. 04107500
MCGINNIS LOCHRIDGE LLP
600 Congress Ave, Suite 2100
Austin, Texas 78701
(512) 495-6000
(512) 495-6093 Fax
mchaney@mcginnislaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ William T. Powell*

WILLIAM T. POWELL
Federal Bar No. 2986
244 Malone Street
Houston, Texas 77007
713-722-9233 – telephone
713-722-9433 – facsimile
Email: ted@tedpowelllaw.com
S. LOYD NEAL, III
Federal Bar No. 9145
Dunn & Neal, L.L.P.
3006 Brazos Street
Houston, Texas 77006
713-403-7404 – telephone
713-960-0204 – facsimile
Email: lneal@dunn-neal.com

**ATTORNEYS FOR DEFENDANT
SHELBY NEAL**


*/s/ Daniel G. Gurwitz*
EDUARDO R. RODRIGUEZ
State Bar No. 00000080
Fed. ID #1944
DANIEL G. GURWITZ
State Bar No. 00787608
Fed. ID #16895
ELIZABETH "BETSY" DYKE
State Bar No. 24103293
ATLAS, HALL & RODRIGUEZ, LLP
818 W. Pecan Blvd. (78501)
(956) 682-5501
(956) 686-6109 Fax
dgurwitz@atlashall.com
errodriguez@atlashall.com
edyke@atlashall.com

**ATTORNEYS FOR DEFENDANTS,
ACCUHELATH TECHNOLOGIES, LLC,
STEPHEN SAMSON AND BOBY
DEVEROS**

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 5, 2019, a true and correct copy of the foregoing document will be or has been served on all counsel of record via the Court's ECF system.

_/s/ Paul D. Clote_
PAUL D. CLOTE