United States District Court
Southern District of Texas
**ENTERED**
July 08, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RELIQ HEALTH TECHNOLOGIES, INC. | § | |
|     Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 4:19-cv-00040 |
| SHELBY NEAL and ACCUHEALTH | § | |
| TECHNOLOGIES, LLC | § | |
|     Defendants. | § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

On this day, the Court considered Reliq Health Technologies, Inc., AccuHealth Technologies, LLC, Stephen Samson, Boby Deveros, and Shelby Neal's Joint Motion to Dismiss with Prejudice (the "Motion"). After considering the Motion, the Court was of the opinion that the Motion should be granted. It is therefore

ORDERED that the Joint Motion to Dismiss with Prejudice is GRANTED. All of the claims, counterclaims and causes of action of any kind or character that the Parties have asserted against each other in connection with the above-captioned lawsuit are hereby dismissed, with prejudice to refiling same. Court costs shall be taxed against the party incurring same.

Signed on this 8th day of July, 2019.

HON. ANDREW S. HANEN
U.S. DISTRICT JUDGE